**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| AMERICAN OVERSIGHT,         )<br>                                                     )<br>  Plaintiff,                                   )<br>                                                     )<br>v.                                                )<br>                                                     )<br>UNITED STATES DEPARTMENT OF JUSTICE, )<br>      and FEDERAL BUREAU OF       )<br>      INVESTIGATION,                    )<br>                                                     )<br>  Defendants.                             )<br>                                                     ) | Case No. 17-718-RL |

**ANSWER**

Defendants hereby answer the Complaint filed by Plaintiff American Oversight (Dkt. No. 1) in the following numbered paragraphs, which correspond to the Amended Complaint's numbered paragraphs:

1. The allegations in this paragraph characterize Plaintiff's action and require no response.

2. Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph.

3-4. Admit that DOJ is an agency and that NSD and FBI are components of DOJ. The remainder of the allegations in these paragraphs contain legal conclusions, to which no response is required.

5-6. The allegations in these paragraphs contain legal conclusions, to which no response is required.

7. Admit that Plaintiff appealed the NSD determination by letter dated April 12, 2017, and that OIP responded to the appeal by letter dated April 13, 2017; the Court is referred to

those communications for a full and accurate statement of their contents. The remainder of the allegations in this paragraph contain legal conclusions to which no response is required.

8. The allegations in this paragraph contain legal conclusions, to which no response is required.

9. The allegations in this paragraph purport to summarize and partially quote the contents of several public statements on President Trump's twitter account, to which no response is required  To the extent a response is deemed required, Defendants respectfully refer the Court to the statements for a full and accurate statement of their contents.

10. The allegations in this paragraph purport to summarize or characterize portions of James Comey's testimony before Congress, to which no response is required. To the extent a response is deemed required, Defendants respectfully refer the Court to Mr. Comey's public statements for a full and accurate statement of their contents.

11. Admit.

12-13. These paragraphs purport to summarize or partially quote the contents of Plaintiff's March 2017 FOIA Requests to the FBI and NSD, to which no response is required. To the extent a response is deemed required, Defendants respectfully refer the Court to the FOIA requests for a full and accurate statement of their contents.

14-15. The allegations in these paragraphs contain legal conclusions, to which no response is required.

16-18. The allegations in these paragraphs characterize media reports and the nature of media coverage of certain related issues and contain legal conclusions. Because they do not aver facts in support of their legal claims, no response is required.

19-20.   The allegations in these paragraphs contain legal conclusions, to which no response is required.

21.   Defendants lack information sufficient to form a belief as to truth of the allegations in the first sentence but admit that FBI acknowledged receipt of Plaintiff's request by letter dated April 11, 2017; Defendants respectfully refer the Court to that letter for a full and accurate statement of its contents.  Admit the second sentence.  Defendants lack information sufficient to form a belief as to truth of the allegations in the third sentence but aver that the FBI has sent further communications.

22.   Defendants admit that FBI had not made a final determination regarding Plaintiff's request at the time Plaintiff filed its complaint.  The remainder of the allegations are legal conclusions to which no response is required.

23.   The allegations in this paragraph contain legal conclusions, to which no response is required.

24.   Defendants admit that NSD responded by letter dated April 3, 2017; Defendants respectfully refer the Court to that letter for a full and accurate statement of its contents.

25.   The first two sentences purport to characterize the NSD letter dated April 3, 2017; Defendants respectfully refer the Court to that letter for a full and accurate statement of its contents.  Defendants lack information as to whether Plaintiff received further communication, and avers that expedited processing was granted by letter dated May 2, 2017.

26.   The allegations in this paragraph purport to characterize the NSD letter dated April 3, 2017; Defendants respectfully refer the Court to that letter for a full and accurate statement of its contents.

27-28. Defendants admit that Plaintiff filed an administrative appeal by letter dated April 12, 2017. The allegations in these paragraphs purport to characterize that letter, and Defendants respectfully refer the Court to that letter for a full and accurate statement of its contents.

29   Deny.

30.   The allegations in this paragraph appear to characterize the same public statements summarized in Paragraph 9; Defendants respectfully refers the Court to the statements for a full and accurate statement of their contents.

31-32.   The allegations in these paragraphs contain legal conclusions, to which no response is required.

33.   This paragraph contains Plaintiffs' characterizations of public testimony by the then-Director of the FBI, to which no response is required; Defendants respectfully refer the Court to that statement for a full and accurate statement of its contents. The remainder of the allegations in this paragraph are denied.

34.   Deny.

35.   Deny.

36-39.   Admit that OIP responded to the appeal by letter dated April 13, 2017. The remaining allegations in these paragraph summarize or characterize the contents of that letter; Defendants respectfully refer the Court to that letter for a full and accurate statement of its contents.

40.   Defendants repeat the responses to the foregoing paragraphs.

41.   Admit that NSD is a component of DOJ; otherwise, the allegations in this paragraph contain legal conclusions, to which no response is required.

42. Admit that DOJ is an agency; otherwise the allegations in this paragraph contain legal conclusions, to which no response is required.

43-46. The allegations in these paragraphs contain legal conclusions, to which no response is required.

47. Defendants repeat the responses to the foregoing paragraphs.

48. Admit that FBI is a component of DOJ; otherwise, the allegations in this paragraph contain legal conclusions, to which no response is required.

49. Admit that DOJ is an agency; otherwise the allegations in this paragraph contain legal conclusions, to which no response is required.

50-53. The allegations in these paragraphs contain legal conclusions, to which no response is required.

54. Defendants repeat the responses to the foregoing paragraphs.

55. Admit that NSD is a component of DOJ; otherwise, the allegations in this paragraph contain legal conclusions, to which no response is required.

56. Admit that DOJ is an agency; otherwise the allegations in this paragraph contain legal conclusions, to which no response is required.

57-59. Deny.

60. Defendants repeat the responses to the foregoing paragraphs.

61. Admit that FBI is a component of DOJ; otherwise, the allegations in this paragraph contain legal conclusions, to which no response is required.

62. Admit that DOJ is an agency; otherwise the allegations in this paragraph contain legal conclusions, to which no response is required.

63-65. Deny.

66. Defendants repeat the responses to the foregoing paragraphs.

67. Admit that NSD is a component of DOJ; otherwise, the allegations in this paragraph contain legal conclusions, to which no response is required.

68. Admit that DOJ is an agency; otherwise the allegations in this paragraph contain legal conclusions, to which no response is required.

69-71. The allegations in these paragraphs contain legal conclusions, to which no response is required.

72. Defendants repeat the responses to the foregoing paragraphs.

73. Admit that FBI is a component of DOJ; otherwise, the allegations in this paragraph contain legal conclusions, to which no response is required.

74. Admit that DOJ is an agency; otherwise the allegations in this paragraph contain legal conclusions, to which no response is required.

75-77. Deny.

The remainder of the Complaint is Plaintiff's requested relief, to which no response is required. To the extent a response is required, Defendants deny that Plaintiff is entitled to this relief or to any relief whatsoever. Defendants hereby deny any other allegations in the Complaint not expressly addressed to in the paragraphs above.

Dated:  May 25, 2017                                    Respectfully Submitted,

                                                        CHAD A. READLER
                                                        Acting Assistant Attorney General

                                                        ELIZABETH J. SHAPIRO
                                                        Deputy Director, Federal Programs Branch

                                                        */s/Amy E. Powell*
                                                        AMY E. POWELL
                                                        Trial Attorney
                                                        U.S. Department of Justice, Civil Division
                                                        Federal Programs Branch
                                                        20 Massachusetts Ave., N.W., Room 5377
                                                        Washington, D.C. 20530
                                                        Tel.:    (202) 514-9836
                                                        Fax.:   (202) 616-8470
                                                        Email: amy.powell@usdoj.gov

**CERTIFICATION OF SERVICE**

      I hereby certify that the foregoing document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants by First Class Mail or Federal Express, on the 25th of May, 2017.

                                      */s/Amy E. Powell*
                                      AMY POWELL
                                      May 25, 2017