**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| AMERICAN OVERSIGHT,               )<br>                                                          )<br>  Plaintiff,                                  )<br>                                                          )<br>v.                                                      )<br>                                                          )<br>UNITED STATES DEPARTMENT OF JUSTICE,  )<br>       and FEDERAL BUREAU OF       )<br>           INVESTIGATION,               )<br>                                                          )<br>  Defendants.                            )<br>                                                          ) | Case No. 17-718-RL |

**[PROPOSED] ORDER ON DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

Having considered the submissions of the parties, the Court hereby ORDERS that the Defendant's Motion for Summary Judgment is GRANTED.

_____
U.S. DISTRICT COURT JUDGE