## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN OVERSIGHT,<br><br>               *Plaintiff,*<br>v.<br><br>U.S. DEPARTMENT OF JUSTICE, and<br>FEDERAL BUREAU OF INVESTIGATION,<br><br>               *Defendants.* | Case No. 17-718 (RCL) |

## STIPULATION OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff American Oversight and Defendants the U.S. Department of Justice and the Federal Bureau of Investigation, by and through their undersigned counsel, hereby stipulate to the dismissal of this action with prejudice. Plaintiff reserves its right to seek an award of attorneys' fees and related costs, which Defendants may oppose.

Dated: September 14, 2017                                    Respectfully submitted,


CHAD A. READLER                                      */s/ Sara Kaiser Creighton*
Acting Assistant Attorney General                    Sara Kaiser Creighton
                                                     D.C. Bar No. 1002367
ELIZABETH J. SHAPIRO                                 AMERICAN OVERSIGHT
Deputy Director, Federal Programs Branch             1030 15th Street NW, B255
                                                     Washington, DC 20005
*/s/ Amy E. Powell*                                  (202) 869-5246
AMY E. POWELL                                        sara.creighton@americanoversight.org
Trial Attorney, Federal Programs Branch              *Counsel for Plaintiff*
Civil Division, Department of Justice
310 New Bern Avenue, Suite 800
Federal Building
Raleigh, NC 27601-1461
Phone: 919-856-4013
Email: amy.powell@usdoj.gov