**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| AMERICAN OVERSIGHT, ) | |
| ) | |
| *Plaintiff*, ) | |
| ) | |
| v. ) | Case No. 17-718 (RCL) |
| ) | |
| U.S. DEPARTMENT OF JUSTICE and ) | |
| FEDERAL BUREAU OF INVESTIGATION, ) | |
| ) | |
| *Defendants*. ) | |
| ) | |

**PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME**

Plaintiff, by and through undersigned counsel, respectfully requests an extension of time to file a motion for attorneys' fees and costs under 5 U.S.C. § 5(a)(4)(E).

In support of its motion, Plaintiff states the following:

1. Pursuant to the Court's August 8, 2017 Order, Defendants submitted their motion for summary judgment on September 1, 2017. *See* ECF No. 12.

2. Along with their Motion, Defendants submitted a statement of facts and accompanying declarations in which they acknowledged for the first time the non-existence of records to support President Donald Trump's March 4, 2017 tweets regarding wiretapping of Trump Tower.

3. Plaintiff does not challenge Defendants' withholding of additional information responsive to its FOIA request.

4. Earlier today, the parties filed a stipulation of dismissal. *See* ECF No. 14.

5. However, the issue of whether Plaintiff is eligible for and entitled to an award of attorneys' fees and costs remains.

6. Pursuant to Federal Rule of Civil Procedure 54(d)(2)(B)(i), Plaintiff's motion for attorneys' fees and costs is due 14 days after the entry of judgment.

7. In an attempt to resolve the outstanding issue without the Court's involvement, Plaintiff respectfully requests an extension of time to November 15, 2017, to file its motion for attorneys' fees and costs.

8. Should the parties reach an agreement on the issue prior to November 15, 2017, the parties will notify the Court at such time.

9. On September 12, 2017, undersigned counsel consulted with counsel for Defendants about this motion. Counsel for Defendants stated that her clients do not oppose the requested extension.

WHEREFORE, Plaintiff respectfully requests that the Court extend the time for Plaintiff to file its motion for attorneys' fees and costs, up to and including November 15, 2017.

Dated: September 14, 2017                                Respectfully submitted,

*/s/ Sara Kaiser Creighton*
Sara Kaiser Creighton
D.C. Bar No. 1002367
AMERICAN OVERSIGHT
1030 15th Street NW, B255
Washington, DC 20005
(202) 869-5246
sara.creighton@americanoversight.org
*Counsel for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| AMERICAN OVERSIGHT, | ) | |
| | ) | |
| *Plaintiff*, | ) | |
| v. | ) | Case No. 17-718 (RCL) |
| | ) | |
| U.S. DEPARTMENT OF JUSTICE, and | ) | |
| FEDERAL BUREAU OF INVESTIGATION, | ) | |
| | ) | |
| *Defendants*. | ) | |
| | ) | |

## PROPOSED ORDER

Upon considering of Plaintiff's unopposed motion for an extension of time, it is hereby

**ORDERED** that Plaintiff's motion for an extension of time to file its motion for attorneys' fees and costs is **GRANTED**, and it is further

**ORDERED** that Plaintiff's motion for attorneys' fees and costs is to be filed on or before November 15, 2017.

**SO ORDERED**.

Date: _____   _____
                                          Royce C. Lamberth
                                          United States District Judge