**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| AMERICAN OVERSIGHT, | ) ) ) | |
| *Plaintiff,* | ) ) | |
| v. | ) ) | Case No. 17-718 (RCL) |
| U.S. DEPARTMENT OF JUSTICE and FEDERAL BUREAU OF INVESTIGATION, | ) ) ) ) | |
| *Defendants*. | ) ) | |

**NOTICE OF SETTLEMENT**

Plaintiff American Oversight hereby notifies the Court that the parties have resolved all outstanding issues, including any potential motion for fees, and do not anticipate further motions practice.

Dated: January 10, 2018

Respectfully submitted,

*/s/ Sara Kaiser Creighton*
Sara Kaiser Creighton
D.C. Bar No. 1002367
AMERICAN OVERSIGHT
1030 15th Street NW, B255
Washington, DC 20005
(202) 869-5246
sara.creighton@americanoversight.org
*Counsel for Plaintiff*